UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81460-CIV-RYSKAMP/WHITE

TIMOTHY HALL,

    Plaintiff,

v.

CAPTAIN STALING, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court pursuant to the January 6, 2010 **[DE 12]** Report and Recommendation of United States Magistrate Judge Patrick A. White.  No objections have been filed.  The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record.  It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED.  The complaint is DISMISSED against the Warden and the Palm Beach County Sheriff's Office for failure to state a claim.  The case shall proceed against Officers Staling and Bennet for unlawful force, and the second amended complaint **[DE 15]** is the operative complaint.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 28th day of January, 2010.

                                                    S/Kenneth L. Ryskamp
                                                    KENNETH L. RYSKAMP
                                                    UNITED STATES DISTRICT JUDGE